UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| REV. NIGEL M. REID, Sr. | ) | |
| | ) | |
| v. | ) | NO. 2:06-CV-40 |
| | ) | |
| OTTO PURKEY, RONALD INMAN, | ) | |
| R. JACK FISHMAN, ROBERT MOORE, | ) | |
| CHRISTIAN NEWMAN, EDDIE DILBACK, | ) | |
| JAMES COFFIE, BRAD CRAWFORD, | ) | |
| VICTOR VON, JAMES (JIM) CRUMLEY, | ) | |
| BOBBY SMITH, DANNY LAUGHNERS, | ) | |
| ROGER OVERHOLT, GARY KILGORE, | ) | |
| DOUGLAS BEIER, C. BERKELEY BELL, | ) | |
| CITIZEN TRIBUNE, HAMBLEN | ) | |
| COUNTY SHERIFF'S DEP'T, CITY OF | ) | |
| MORRISTOWN POLICE DEP'T, | ) | |
| BENJAMIN STRAND, CLIFTON | ) | |
| BARNES, and GREG EICHELMAN | ) | |

## ORDER

This is a *pro se* civil rights complaint for damages under 42 U.S.C. § 1983. In accordance with the memorandum this day entered, it is hereby **ORDERED**:

1. that the Motion to Dismiss filed by defendants James Crumley, Roger Overholt, Gary Kilgore, Morristown Police Department, Christian Newman, and Eddie Dilbeck is **GRANTED** (Doc. 9), and they and all claims against them are **DISMISSED** from this suit;

2. that the Motion to Dismiss filed by defendants C. Berkeley Bell and Victor Von is **GRANTED** (Doc. 12), and they and all claims against them are **DISMISSED** from this

suit;

3. that the Motion to Dismiss brought by defendants Clifton Barnes and Gregg Eichelman is **GRANTED** (Doc. 14), and they and all claims against them are **DISMISSED** from this action;

4. that the Motion to Dismiss filed by defendant Benjamin Strand is **GRANTED** (Doc. 18), and he and all claims against him are **DISMISSED** from this lawsuit;

5. that the Motion to Dismiss filed by defendants Otto Purkey, Ronald (Rookie) Inman, James Coffie, Brad Crawford, Bobby Smith, Danny Laughners, and the Hamblen County Sheriff's Department is **DENIED**, in part (as to defendants Purkey, Inman, Smith and Laughners), and **GRANTED**, in part (as to the other defendants), (Doc. 52),and all these defendants, except for the latter four defendants, and all claims against all but the excepted four defendants are **DISMISSED** from this action;

6. that the Motion to Dismiss filed by defendants Citizen Tribune, R. Jack Fishman, and Robert Moore is **GRANTED** (Doc. 56), and they and all claims against them are **DISMISSED** from this suit;

7. that the Motion for Summary Judgment filed by defendant Douglas Beier is **GRANTED** (Doc. 58), and he and the claims against him are **DISMISSED** from this case;

8. that the Motion for a More Definite Statement filed by defendants Otto Purkey, Ronald (Rookie) Inman, Bobby Smith, and Danny Laughners is **GRANTED** to the extent that a further statement is necessary (Doc. 52).

9. that the Motion for an Extension of Time to Answer filed by defendants James Crumley, Roger Overholt, Gary Kilgore, Morristown Police Department, Christian Newman and Eddie Dilbeck is **DENIED** as **MOOT** (Doc. 4);

10. that the Motion for an Extension of Time to File a Response submitted by defendants Otto Purkey, Ronald (Rookie) Inman, James Coffie, Brad Crawford, Bobby Smith, Danny Laughners, and the Hamblen County Sheriff's Department is **DENIED** as **MOOT** (Doc. 6);

11. that the Motions for an Extension of Time to Answer filed by defendants Citizen Tribune, R. Jack Fishman, and Robert Moore are **DENIED** as **MOOT** (Docs. 17 and 23);

12. that the Motion for Separate Trials filed by defendants James Crumley, Roger Overholt, Gary Kilgore, Morristown Police Department, Christian Newman and Eddie Dilbeck is **DENIED** as **MOOT** (Doc. 10);

13. that the Motion for Sanctions brought by defendant Benjamin Strand is **DENIED**, as is his request to enjoin the plaintiff from filing further suits against him (Doc. 20); and

14. that the Motion to Amend/Revise filed by the plaintiff is **DENIED** (Doc. 63).

Finally, should the plaintiff file a notice of appeal from this Order, the Court **CERTIFIES** that any appeal taken with respect to this decision would not be taken in good faith and would be frivolous. 28 U.S.C. § 1915(a)(3).

**SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge